1  FOLGER LEVIN & KAHN LLP
   Roger B. Mead (CSB No. 093251, rmead@flk.com)
2  Karen J. Petrulakis (CSB No. 168732, kpetrulakis@flk.com)
   Matthew S. Mazza (CSB No. 228583, mmazza@flk.com)
3  Embarcadero Center West
   275 Battery Street, 23rd Floor
4  San Francisco, CA 94111
   Telephone: (415) 986-2800
5  Facsimile: (415) 986-2827

6  Attorneys for Defendants RENN TRANSPORTATION COMPANY,
   BRAD RENN, PATRICIA RENN, ANN RENN AND ROBERT RENN
7

**GRANTED**

*James Ware*

Judge James Ware

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10                 SAN JOSE DIVISION

11

12  CATERPILLAR, INC., a Delaware            Case No. 5:06-cv-04529-JW
    Corporation,
13                                           **STIPULATION FOR EXTENSION OF**
                    Plaintiff,               **TIME TO RESPOND TO**
14                                           **FIRST AMENDED COMPLAINT**
         v.
15
    RENN TRANSPORTATION COMPANY,
16  a California General Partnership, BRAD
    RENN, GERALD RENN, PATRICIA
17  RENN, ANN RENN, AND ROBERT
    RENN, individuals, and DOES 1-10,
18
                    Defendants.
19

20

21      WHEREAS, Plaintiff Caterpillar, Inc. filed the First Amended Complaint in this action on

22  Wednesday, October 4, 2006;

23      WHEREAS, Plaintiff Caterpillar, Inc. served defendant Renn Transportation Company

24  ("RTC"), as well as defendants Brad Renn, Patricia Renn, Ann Renn and Robert Renn

25  (collectively referred to as "the individual Renn defendants"), by U.S. Mail on Friday,

26  October 6, 2006;

27      WHEREAS, RTC and the individual Renn defendants must therefore respond to the First

28  Amended Complaint no later than Thursday, October 19, 2006;

FOLGER LEVIN &
KAHN LLP
ATTORNEYS AT LAW

STIPULATION FOR EXTENSION OF TIME TO
RESPOND TO FIRST AMENDED COMPLAINT;
CASE NO. 5:06-CV-04529-JW

1    WHEREAS, Plaintiff Caterpillar, Inc. has agreed in writing to extend the time in which

2   RTC and the individual Renn defendants must respond to the First Amended Complaint from

3   Thursday, October 19, 2006 to Friday, October 27, 2006;

4    WHEREAS, this extension of time will not alter the date of any event or deadline already

5   fixed by Court order;

6    IT IS HEREBY STIPULATED AND AGREED that RTC and the individual Renn

7   defendants shall file and serve a response to the First Amended Complaint in this action no later

8   than Friday, October 27, 2006.

9

10   Dated: October 18, 2006                        FOLGER LEVIN & KAHN LLP

11

12                                              /s/ Matthew S. Mazza
                                               Matthew S. Mazza
                                              Attorneys for Defendants
13                                      Renn Transportation Company, Brad Renn, Patricia
                                          Renn, Ann Renn and Robert Renn
14

15

16

17   Dated: October 19, 2006                SEDGWICK, DETERT, MORAN & ARNOLD LLP

18
                                               /s/ Tara L. Condon
19                                              Tara L. Condon
                                      Attorneys for Plaintiff Caterpillar, Inc.
20

21

22

23

24

25

26

27

28