SEDGWICK, DETERT, MORAN & ARNOLD LLP
STEVEN D. ROLAND (Bar No. 108097)
RANDALL G. BLOCK (Bar No. 121330)
TARA L. CONDON (Bar No. 215312)
One Market Plaza, Steuart Tower, 8th Floor
San Francisco, California 94105
Telephone: (415) 781-7900
Facsimile: (415) 781-2635

Attorneys for CATERPILLAR INC.

**GRANTED**
*Judge James Ware*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CATERPILLAR INC., a Delaware Corporation,<br><br>   Plaintiff,<br><br>  v.<br><br>RENN TRANSPORTATION COMPANY, a California General Partnership, BRAD RENN, GERALD RENN, PATRICIA RENN, ANN RENN, and ROBERT RENN, individuals, and DOES 1-10,<br><br>   Defendant. | CASE NO. 5:06-CV-04529<br><br>**STIPULATION FOR FILING OF SECOND AMENDED COMPLAINT** |

  IT IS HEREBY STIPULATED by and between the parties hereto through their respective attorneys of record that Plaintiff shall be entitled to file a Second Amended Complaint ("SAC"). IT IS FURTHER STIPULATED that, in the event that Plaintiff files the SAC no later than Friday, November 3, 2006, Defendants Renn Transportation Company, Brad Renn, Patricia Renn, Ann Renn and Robert Renn shall have to and including Monday, November 20, 2006 to file a response to the SAC; however, if Plaintiff does not file its SAC on or before Friday, November 3, 2006, then Defendants Renn Transportation Company, Brad Renn, Patricia Renn, Ann Renn and Robert Renn shall have 10 court days from the date of service of the SAC to file and serve a response.

-1-
STIPULATION

SF/1366020v2

1       IT IS FURTHER STIPULATED that, in light of the foregoing, Defendants Renn Transportation Company, Brad Renn, Patricia Renn, Ann Renn and Robert Renn need not respond to Plaintiff's First Amended Complaint, filed October 4, 2006.

Dated: October 27, 2006                SEDGWICK, DETERT, MORAN & ARNOLD LLP


By: _____/s/ Tara L. Condon_____
    Randall G. Block
    Tara L. Condon
    Attorneys for Plaintiff Caterpillar Inc.


Dated: October 27, 2006                FOLGER LEVIN & KAHN LLP


By: _____/s/ Matthew S. Mazza____
    Matthew S. Mazza
    Attorneys for Defendants Renn Transportation Company, Brad Renn, Patricia Renn, Ann Renn and Robert Renn

<u>ATTESTATION OF SIGNATURE</u>
(N.D. Cal. General Order No. 45)

I, Tara L. Condon, hereby attest that concurrence in the filing of the ***Stipulation for Filing Second Amended Complaint*** has been obtained from Matthew S. Mazza, attorney for Defendants Renn Transportation Company, Brad Renn, Patricia Renn, Ann Renn and Robert Renn.

Dated: October 27, 2006     SEDGWICK, DETERT, MORAN & ARNOLD LLP

By:     */s/ Tara L. Condon*
Randall G. Block
Tara L. Condon
Attorneys for Plaintiff Caterpillar Inc.

-3-
STIPULATION

SF/1366020v2