FOLGER LEVIN & KAHN LLP
Roger B. Mead (CSB No. 093251, rmead@flk.com)
Karen J. Petrulakis (CSB No. 168732, kpetrulakis@flk.com)
Matthew S. Mazza (CSB No. 228583, mmazza@flk.com)
Embarcadero Center West
275 Battery Street, 23rd Floor
San Francisco, CA 94111
Telephone: (415) 986-2800
Facsimile: (415) 986-2827

Attorneys for Defendants RENN TRANSPORTATION COMPANY, BRAD RENN, PATRICIA RENN, ANN RENN AND ROBERT RENN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CATERPILLAR, INC., a Delaware Corporation,<br><br>Plaintiff,<br><br>v.<br><br>RENN TRANSPORTATION COMPANY, a California General Partnership, BRAD RENN, GERALD RENN, PATRICIA RENN, ANN RENN, AND ROBERT RENN, individuals, and DOES 1-10,<br><br>Defendants. | Case No. 5:06-cv-04529-JW<br><br>**STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS** |

COUNSEL HEREBY REPORT that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5.

IT IS HEREBY STIPULATED AND AGREED that the parties will participate in the Court's mediation program pursuant to ADR L.R. 6. However, the parties are still considering the possibility of utilizing a private mediation service, and will advise the Court should the parties later agree upon a private mediator as an alternative to the Court's mediation program.

//

//

//

1  IT IS FURTHER STIPULATED AND AGREED that the parties will participate in the
2  aforementioned ADR process within 90 days from the date of the Court's Order referring the case
3  to an ADR process.

Dated: November 6, 2006                         FOLGER LEVIN & KAHN LLP

                                                */s/ Karen J. Petrulakis*
                                                Karen J. Petrulakis
                                                Attorneys for Defendants
                                                Renn Transportation Company, Brad Renn, Patricia
                                                Renn, Ann Renn and Robert Renn


Dated: November 6, 2006                         SEDGWICK, DETERT, MORAN & ARNOLD LLP

                                                */s/ Randall G. Block*
                                                Randall G. Block
                                                Attorneys for Plaintiff Caterpillar, Inc.

1 **[PROPOSED] ORDER**

2   This Stipulation and [Proposed] Order Selecting ADR Process is hereby adopted by the

3 Court, and the parties are ordered to participate in the Court's mediation program pursuant to

4 ADR L.R. 6.

5   IT IS SO ORDERED.

6 Dated: November  14 , 2006

_____
The Honorable James Ware
United States District Court
Northern District of California

8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

FOLGER LEVIN &
KAHN LLP
ATTORNEYS AT LAW

-3-

STIPULATION AND [PROPOSED]
ORDER SELECTING ADR PROCESS;
CASE NO. 5:06-CV-04529-JW

ATTESTATION OF SIGNATURE
(N.D. Cal. General Order No. 45)

I, Karen J. Petrulakis, hereby attest that concurrence in the filing of the ***Stipulation and [Proposed] Order Selecting ADR Process*** has been obtained from Randall G. Block, attorney for Plaintiff Caterpillar, Inc.

Dated: November 6, 2006                               FOLGER LEVIN & KAHN LLP

*/s/ Karen J. Petrulakis*
Karen J. Petrulakis
Attorneys for Defendants
Renn Transportation Company, Brad Renn, Patricia Renn, Ann Renn and Robert Renn

78080\2001\519863.1