SEDGWICK, DETERT, MORAN & ARNOLD LLP
STEVEN D. ROLAND (Bar No. 108097)
RANDALL G. BLOCK (Bar No. 121330)
TARA L. CONDON (Bar No. 215312)
One Market Plaza, Steuart Tower, 8th Floor
San Francisco, California 94105
Telephone: (415) 781-7900
Facsimile: (415) 781-2635

Attorneys for CATERPILLAR INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CATERPILLAR INC., a Delaware Corporation,<br><br>Plaintiff,<br><br>v.<br><br>RENN TRANSPORTATION COMPANY, a California General Partnership, BRAD RENN, the estate of GERALD RENN, PATRICIA RENN, ANN RENN, and ROBERT RENN, individuals, and DOES 1-10,<br><br>Defendant. | CASE NO. 5:06-CV-04529<br><br>**STIPULATION AND [PROPOSED] ORDER FOR FILING OF THIRD AMENDED COMPLAINT** |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective attorneys of record that Plaintiff shall be entitled to file the attached Third Amended Complaint ("TAC").

The attached TAC shall be deemed to be filed upon the date of entry of an Order on this stipulation approving the filing of the TAC.

IT IS FURTHER STIPULATED that, following an Order on this stipulation, Defendants Renn Transportation Company, Brad Renn, Patricia Renn, Ann Renn and Robert Renn shall have 45 days from the date of filing of the TAC to file a responsive pleading.

-1-
STIPULATION AND [PROPOSED] ORDER

SF/1386731v2

1  Dated: February 14, 2007                         SEDGWICK, DETERT, MORAN & ARNOLD LLP

2

3                                                   By:      */s/ Tara L. Condon*
                                                         Randall G. Block
4                                                        Tara L. Condon
                                                         Attorneys for Plaintiff Caterpillar Inc.
5

   Dated: February 14, 2007                         FOLGER LEVIN & KAHN LLP
6

7

                                                    By:      */s/ Karen Petrulakis*
8                                                        Karen Petrulakis
                                                         Attorneys for Defendants Renn Transportation
9                                                        Company, Brad Renn, Patricia Renn, Ann Renn
                                                         and Robert Renn
10

11 **PURSUANT TO STIPULATION IT IS SO ORDERED.**

12

13 Dated: February 15, 2007                         _____
                                                    The Honorable James Ware
14                                                  United States District Court Judge

15

16

17

18

19

20

21

22

23

24

25

26

27

28

-2-
STIPULATION AND [PROPOSED] ORDER

SF/1386731v2

<u>ATTESTATION OF SIGNATURE</u>
(N.D. Cal. General Order No. 45)

I, Tara L. Condon, hereby attest that concurrence in the filing of the ***Stipulation for Filing Third Amended Complaint*** has been obtained from Karen Petrulakis, attorney for Defendants Renn Transportation Company, Brad Renn, Patricia Renn, Ann Renn and Robert Renn.

Dated: February 14, 2007            SEDGWICK, DETERT, MORAN & ARNOLD LLP


                                    By:     */s/ Tara L. Condon*
                                        Randall G. Block
                                        Tara L. Condon
                                        Attorneys for Plaintiff Caterpillar Inc.

# PROOF OF SERVICE

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is Sedgwick, Detert, Moran & Arnold LLP, One Market Plaza, Steuart Tower, 8th Floor, San Francisco, California 94105. On February 14, 2007, I served the within document(s):

**STIPULATION AND [PROPOSED] ORDER FOR FILING OF THIRD AMENDED COMPLAINT**

☐   FACSIMILE - by transmitting via facsimile the document(s) listed above to the fax number(s) set forth on the attached Telecommunications Cover Page(s) on this date before 5:00 p.m.

☒   MAIL - by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at San Francisco, California addressed as set forth below.

☐   PERSONAL SERVICE - by personally delivering the document(s) listed above to the person(s).

☐   OVERNIGHT COURIER - by placing the document(s) listed above in a sealed envelope with shipping prepaid, and depositing in a collection box for next day delivery to the person(s) at the address(es) set forth below via .

| | |
|---|---|
| Karen Petrulakis, Esq.<br>Andrew J. Davis, Esq.<br>Folger Levin & Kahn<br>275 Battery St. 23rd Floor<br>San Francisco, CA  94111<br>Tel:  415-986-2800<br>Fax: 415-986-2827 | Attorneys for Defendants,<br>RENN TRANSPORTATION COMPANY, a California General Partnership, BRAD RENN, PATRICIA RENN, ANN RENN, and ROBERT RENN |

   I am readily familiar with the firm's practice of collection and processing correspondence for mailing.  Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business.  I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

   I declare under penalty of perjury under the laws of the State of California that the above is true and correct.  Executed on February 14, 2007, at San Francisco, California.

                                /s/ Judy K. Korbus
                                Judy K. Korbus