FOLGER LEVIN & KAHN LLP
Roger B. Mead (CSB No. 093251, rmead@flk.com))
Karen J. Petrulakis (CSB No. 168732, kpetrulakis@flk.com))
Andrew J. Davis (CSB No. 203345, ddavis@flk.com)
Embarcadero Center West
275 Battery Street, 23rd Floor
San Francisco, CA 94111
Telephone: (415) 986-2800
Facsimile: (415) 986-2827

Attorneys for Defendants Renn Transportation Company,
Renn Transportation, Inc., Brad Renn, Patricia Renn,
Ann Renn and Robert Renn

SEDGWICK, DETERT, MORAN & ARNOLD LLP
STEVEN D. ROLAND (Bar No. 108097)
RANDALL G. BLOCK (Bar No. 121330)
TARA L. CONDON (Bar No. 215312)
One Market Plaza, Steuart Tower, 8th Floor
San Francisco, California 94105
Telephone: (415) 781-7900
Facsimile: (415) 781-2635

Attorneys for Plaintiff Caterpillar Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CATERPILLAR INC., a Delaware Corporation,<br><br>Plaintiff,<br><br>v.<br><br>RENN TRANSPORTATION COMPANY, a California General Partnership, Renn Transportation, Inc., a California Corporation, BRAD RENN, GERALD RENN, and PATRICIA RENN, ANN RENN and, ROBERT RENN, individuals, and Does 1-10,<br><br>Defendants. | Case No. 5:06-CV-04529<br><br>**STIPULATION AND ~~PROPOSED~~ ORDER FOR RELIEF FROM SCHEDULING ORDER**<br><br>**(Local Rule 16-2(D)** |

FOLGER LEVIN &
KAHN LLP
ATTORNEYS AT LAW

STIPULATION AND P~~ROPOSE~~D ORDER FOR RELIEF
FROM SCHEDULING ORDER; CASE NO. 5:06-CV-
04529

By signatures of their counsel to this Stipulation, the parties to this action stipulate that the deadlines set forth in this Court's November 22, 2006 Scheduling Order may be continued as set forth in the schedule below.

The parties desire to continue the dates set forth in the Scheduling Order for the following reasons:

1. At the time of entry of the Scheduling Order, the Court had previously ordered, pursuant to stipulation of the parties, that a mediation must be completed by February 12, 2007. However, after the Court's November 14, 2006 Order referring the parties to the Court's mediation program pursuant to ADR L.R. 6, the ADR Program did not contact counsel to begin the mediation process. On January 11, 2007, counsel for Plaintiff contacted the ADR Program to inquire as to the status of appointment of a mediator in this matter. The parties subsequently learned that the ADR Program did not receive the automatic referral and that no mediators were available to mediate this matter on or before the February 12, 2007 deadline. Accordingly, the parties are now scheduled to conduct the mediation on March 20, 2007. Counsel for all parties desire to devote their time, energies, and resources to trying to resolve this matter, rather than expend resources conducting tasks necessary to comply with the rapidly approaching deadlines (including discovery, expert witness, and dispositive motion deadlines) set forth in the Court's November 22, 2006 Scheduling Order.

2. Additionally, on February 15, 2007, after the entry of the Scheduling Order, Plaintiffs filed a Third Amended Complaint, in which a new party, Renn Transportation, Inc., was added as a Defendant. The Defendants have yet to respond to the Third Amended Complaint, which pursuant to the Court's February 15, 2007 Order is not due until April 2, 2007.

2. This Stipulation and Proposed Order is not interposed for purposes of delay but in the interests of justice and the resolution of the controversies herein.

**Case Schedule**

3. Counsel for all parties have conferred with respect to these matters, and all parties agree to the following Case Schedule:

| | |
|---|---|
| **Disclosure of Expert Witnesses** | **May 21, 2007** (continued from March 19, 2007) |
| **Rebuttal Expert Witness Disclosures** | **June 11, 2007** (continued from April 2, 2007) |
| **Last Day For Hearing On Objections To Qualifications Or Testimony Of Expert** | **July 16, 2007** (continued from May 14, 2007) |
| **Close of All Discovery** | **July 23, 2007** (continued from May 21, 2007) |
| **Last Day For Hearing Dispositive Motions** | **August 27, 2007** (continued from July 23, 2007) |
| **Preliminary Pretrial Conference at 11:00 a.m.** | **October 22, 2007** (continued from September 24, 2007) |
| **Preliminary Pretrial Conference Statements** | **October 12, 2007** (continued from September 14, 2007) |

Dated: March 6, 2007                     FOLGER LEVIN & KAHN LLP


*/s/ Karen J. Petrulakis*
Karen J. Petrulakis
Attorneys for Defendants
Renn Transportation Company, Renn Transportation, Inc. Brad Renn, Patricia Renn, Ann Renn and Robert Renn


Dated: March 6, 2007                     SEDGWICK, DETERT, MORAN & ARNOLD LLP


*/s/ Randall G. Block*
Randall G. Block
Attorneys for Plaintiff Caterpillar, Inc.

/ /

/ /

/ /

**[PROPOSED] ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED that the schedule set forth in this Stipulation and Proposed Order is hereby adopted by the Court and the parties are ordered to comply with this Order.

Dated: March _8_, 2007        _____
                              The Honorable James Ware

78080\2001\537179.2