1  FOLGER LEVIN & KAHN LLP
   Roger B. Mead (CSB No. 093251, rmead@flk.com))
2  Karen J. Petrulakis (CSB No. 168732, kpetrulakis@flk.com))
   Andrew J. Davis (CSB No. 203345, ddavis@flk.com)
3  Embarcadero Center West
   275 Battery Street, 23rd Floor
4  San Francisco, CA  94111
   Telephone: (415) 986-2800
5  Facsimile: (415) 986-2827

6  Attorneys for Defendants Renn Transportation Company,
   Renn Transportation, Inc., Brad Renn, Patricia Renn,
7  Ann Renn and Robert Renn

8  SEDGWICK, DETERT, MORAN & ARNOLD LLP
   STEVEN D. ROLAND (Bar No. 108097)
9  RANDALL G. BLOCK  (Bar No. 121330)
   TARA L. CONDON  (Bar No. 215312)
10 One Market Plaza, Steuart Tower, 8th Floor
   San Francisco, California  94105
11 Telephone: (415) 781-7900
   Facsimile: (415) 781-2635

12
   Attorneys for Plaintiff Caterpillar Inc.
13

14               UNITED STATES DISTRICT COURT

15             NORTHERN DISTRICT OF CALIFORNIA

16                   SAN JOSE DIVISION

17

18 | CATERPILLAR INC., a Delaware | Case No. 5:06-CV-04529
   | Corporation,
19 |                               | **STIPULATION AND PROPOSED ORDER**
   |            Plaintiff,         | **FOR RELIEF FROM SCHEDULING**
20 |                               | **ORDER**
   |       v.
21 |                               | **(Local Rule 16-2(D)**
   | RENN TRANSPORTATION COMPANY,
22 | a California General Partnership, Renn
   | Transportation, Inc., a California
23 | Corporation, BRAD RENN, GERALD
   | RENN, and PATRICIA RENN, ANN
24 | RENN and, ROBERT RENN, individuals,
   | and Does 1-10,
25 |
   |            Defendants.
26

27

28

FOLGER LEVIN &
KAHN LLP
ATTORNEYS AT LAW

STIPULATION AND PROPOSED ORDER FOR RELIEF
FROM SCHEDULING ORDER; CASE NO. 5:06-CV-
04529

By signatures of their counsel to this Stipulation, the parties to this action stipulate that the deadlines set forth in this Court's March 8, 2006 Scheduling Order may be continued as set forth in the schedule below.

The parties desire to continue the dates set forth in the Scheduling Order for the following reasons:

1.      On March 20, 2007, the parties conducted an all day mediation session before the Hon. Ellen Sickles James at JAMS.  Although the March 20, 2007 mediation did not resolve the dispute, the parties agreed to reconvene for a second mediation session on May 3, 2007.  Counsel for all parties desire to devote their time, energies, and resources to trying to resolve this matter, rather than expend resources conducting tasks necessary to comply with the rapidly approaching deadlines (including discovery, expert witness, and dispositive motion deadlines) set forth in the Court's March 8, 2007 Scheduling Order.

2.      Additionally, on February 15, 2007, Plaintiffs filed a Third Amended Complaint, in which a new party, Renn Transportation, Inc., was added as a Defendant.  The Defendants have yet to respond to the Third Amended Complaint, which pursuant to the Court's February 15, 2007 Order is not due until April 2, 2007.

3.      This Stipulation and Proposed Order is not interposed for purposes of delay but in the interests of justice and the resolution of the controversies herein.

**Case Schedule**

4.      Counsel for all parties have conferred with respect to these matters, and all parties agree to continue the dates set forth in the Court's prior Schedule by six weeks, resulting in the following Case Schedule:

| | |
|---|---|
| **Defendants' Response to Third Amended Complaint** | **May 14, 2007** (continued from April 2, 2007) |
| **Disclosure of Expert Witnesses** | **July 2, 2007** (continued from May 21, 2007) |
| **Rebuttal Expert Witness Disclosures** | **July 23, 2007** (continued from June 11, 2007) |
| **Last Day For Hearing On Objections To** | **August 27, 2007** (continued from July 16, 2007) |

FOLGER LEVIN &
KAHN LLP
ATTORNEYS AT LAW

-2-

STIPULATION AND PROPOSED ORDER FOR RELIEF
FROM SCHEDULING ORDER; CASE NO. 5:06-CV-
04529

**Qualifications Or Testimony Of Expert**

| | |
|---|---|
| **Close of All Discovery** | **September 3, 2007** (continued from July 23, 2007) |
| **Last Day For Hearing Dispositive Motions** | **October 8, 2007** (continued from August 27, 2007) |
| **Preliminary Pretrial Conference at 11:00 a.m.** | **December 3, 2007** (continued from October 22, 2007) |
| **Preliminary Pretrial Conference Statements** | **November 21, 2007** (continued from October 12, 2007) |

Dated: March 23, 2007            FOLGER LEVIN & KAHN LLP

*/s/ Karen J. Petrulakis*
Karen J. Petrulakis
Attorneys for Defendants
Renn Transportation Company, Renn Transportation, Inc. Brad Renn, Patricia Renn, Ann Renn and Robert Renn

Dated: March 23, 2007            SEDGWICK, DETERT, MORAN & ARNOLD LLP

*/s/ Randall G. Block*
Randall G. Block
Attorneys for Plaintiff Caterpillar, Inc.

/ /

/ /

/ /

STIPULATION AND PROPOSED ORDER FOR RELIEF FROM SCHEDULING ORDER; CASE NO. 5:06-CV-04529

1

**[~~PROPOSED~~] ORDER**

2          PURSUANT TO STIPULATION, IT IS SO ORDERED that the schedule set forth in this

3 Stipulation and Proposed Order is hereby adopted by the Court and the parties are ordered to

4 comply with this Order.

5

6

7 Dated:  March 26 , 2007                    _____
                                                          The Honorable James Ware

8

9 78080\2001\540083.1

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28