FOLGER LEVIN & KAHN LLP
Roger B. Mead (CSB No. 093251, rmead@flk.com))
Karen J. Petrulakis (CSB No. 168732, kpetrulakis@flk.com))
Andrew J. Davis (CSB No. 203345, ddavis@flk.com)
Embarcadero Center West
275 Battery Street, 23rd Floor
San Francisco, CA 94111
Telephone: (415) 986-2800
Facsimile: (415) 986-2827

Attorneys for Defendants Renn Transportation Company,
Renn Transportation, Inc., Brad Renn, Patricia Renn,
Ann Renn and Robert Renn

SEDGWICK, DETERT, MORAN & ARNOLD LLP
STEVEN D. ROLAND (Bar No. 108097)
RANDALL G. BLOCK (Bar No. 121330)
TARA L. CONDON (Bar No. 215312)
One Market Plaza, Steuart Tower, 8th Floor
San Francisco, California 94105
Telephone: (415) 781-7900
Facsimile: (415) 781-2635

Attorneys for Plaintiff Caterpillar Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CATERPILLAR INC., a Delaware Corporation,<br><br>Plaintiff,<br><br>v.<br><br>RENN TRANSPORTATION COMPANY, a California General Partnership, Renn Transportation, Inc., a California Corporation, BRAD RENN, GERALD RENN, and PATRICIA RENN, ANN RENN and, ROBERT RENN, individuals, and Does 1-10,<br><br>Defendants. | Case No. 5:06-CV-04529<br><br>**STIPULATION AND ~~PROPOSED~~ ORDER FOR RELIEF FROM SCHEDULING ORDER**<br><br>**(Local Rule 16-2(D)** |

By signatures of their counsel to this Stipulation, the parties to this action stipulate that the deadlines set forth in this Court's March 23, 2007 Scheduling Order may be continued as set forth in the schedule below.

The parties desire to continue the dates set forth in the Scheduling Order for the following reasons:

1. On March 20, 2007, the parties conducted an all day mediation session before the Hon. Ellen Sickles James at JAMS. Although the March 20, 2007 mediation did not resolve the dispute, the parties agreed to reconvene for a second mediation session on May 3, 2007.

2. On May 3, 2007, the parties conducted a second all day mediation session before Judge James, at which the parties made progress in attempting to resolve this dispute. Since the May 3, 2007 mediation session, the parties have continued to communicate, through Judge James, about settling this case. Counsel for all parties desire to devote their time, energies, and resources to trying to resolve this matter, rather than expend resources conducting tasks necessary to comply with the rapidly approaching deadlines (including discovery, expert witness, and dispositive motion deadlines) set forth in the Court's March 23, 2007 Scheduling Order.

3. This Stipulation and Proposed Order is not interposed for purposes of delay but in the interests of justice and the resolution of the controversies herein.

## Case Schedule

4. Counsel for all parties have conferred with respect to these matters, and all parties agree to continue the dates set forth in the Court's prior Schedule, resulting in the following Case Schedule:

| | |
|---|---|
| **Defendants' Response to Third Amended Complaint** | **June 5, 2007** (15 days from oral agreement of parties regarding stipulation) |
| **Disclosure of Expert Witnesses** | **July 16, 2007** (continued from July 2, 2007) |
| **Rebuttal Expert Witness Disclosures** | **August 6, 2007** (continued from July 23, 2007) |
| **Last Day For Hearing On Objections To Qualifications Or Testimony Of Expert** | **September 10, 2007** (continued from August 27, 2007) |

| | |
|---|---|
| **Close of All Discovery** | **September 17, 2007** (continued from September 3, 2007) |
| **Last Day For Hearing Dispositive Motions** | **October 22, 2007** (continued from October 8, 2007) |
| **Preliminary Pretrial Conference at 11:00 a.m.** | **December 17, 2007** (continued from December 3, 2007) |
| **Preliminary Pretrial Conference Statements** | **December 5, 2007** (continued from November 21, 2007) |

Dated: May 21, 2007                                  FOLGER LEVIN & KAHN LLP

*/s/ Andrew J. Davis*
Andrew J. Davis
Attorneys for Defendants
Renn Transportation Company, Renn Transportation, Inc. Brad Renn, Patricia Renn, Ann Renn and Robert Renn

Dated: May 21, 2007                                  SEDGWICK, DETERT, MORAN & ARNOLD LLP

*/s/ Randall G. Block*
Randall G. Block
Attorneys for Plaintiff Caterpillar, Inc.

/ /

/ /

/ /

## [PROPOSED] ORDER

1  PURSUANT TO STIPULATION, IT IS SO ORDERED that the schedule set forth in this Stipulation and Proposed Order is hereby adopted by the Court and the parties are ordered to comply with this Order.

Dated: May 25, 2007

_____
The Honorable James Ware

78080\2001\549593.1