FOLGER LEVIN & KAHN LLP
Roger B. Mead (CSB No. 093251, rmead@flk.com)
Karen J. Petrulakis (CSB No. 168732, kpetrulakis@flk.com)
Andrew J. Davis (CSB No. 203345, ddavis@flk.com)
Embarcadero Center West
275 Battery Street, 23rd Floor
San Francisco, CA 94111
Telephone: (415) 986-2800
Facsimile: (415) 986-2827

Attorneys for Defendants Renn Transportation Company, Renn Transportation, Inc., Brad Renn, Patricia Renn, Ann Renn and Robert Renn

SEDGWICK, DETERT, MORAN & ARNOLD LLP
STEVEN D. ROLAND (Bar No. 108097)
RANDALL G. BLOCK (Bar No. 121330)
TARA L. CONDON (Bar No. 215312)
One Market Plaza, Steuart Tower, 8th Floor
San Francisco, California 94105
Telephone: (415) 781-7900
Facsimile: (415) 781-2635

Attorneys for Plaintiff Caterpillar Inc.

**IT IS SO ORDERED AS MODIFIED**
Judge James Ware
6/7/2007

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CATERPILLAR INC., a Delaware Corporation,<br><br>Plaintiff,<br><br>v.<br><br>RENN TRANSPORTATION COMPANY, a California General Partnership, RENN TRANSPORTATION, INC., a California Corporation, BRAD RENN, PATRICIA RENN, ANN RENN and, ROBERT RENN, individuals, and Does 1-10,<br><br>Defendants. | Case No. 5:06-CV-04529<br><br>**STIPULATION AND ~~PROPOSED~~ ORDER FOR RELIEF FROM SCHEDULING ORDER**<br><br>**(Local Rule 16-2(D)** |

By signatures of their counsel to this Stipulation, the parties to this action stipulate and request that the deadlines set forth in this Court's May 25, 2007 Scheduling Order be continued as set forth in the schedule below.

The parties desire to continue the dates set forth in the Scheduling Order for the following reasons:

1. On March 20, 2007, the parties conducted an all day mediation session before the Hon. Ellen Sickles James at JAMS. Although the parties did not resolve the dispute at the March 20, 2007 mediation, the parties agreed to and did reconvene for a second mediation session on May 3, 2007. The parties, with the assistance of Judge James, have continued discussions and are optimistic that they will resolve their disputes. Counsel for all parties desire to devote their time, energies, and resources to their efforts to resolve this matter, rather than expend resources completing tasks necessary to comply with the rapidly approaching deadlines (including discovery, expert witness, and dispositive motion deadlines) set forth in the Court's May 25, 2007 Scheduling Order.

2. This Stipulation and Proposed Order is not interposed for purposes of delay but in the interests of justice and the resolution of the controversies herein.

**Case Schedule**

Counsel for all parties have conferred with respect to these matters, and all parties agree to continue the dates set forth in the Court's prior Schedule as reflected below:

| | |
|---|---|
| **Defendants' Response to Third Amended Complaint** | **June 19, 2007**<br>(continued from June 5, 2007) |
| **Disclosure of Expert Witnesses** | **July 30, 2007**<br>(continued from July 16, 2007) |
| **Rebuttal Expert Witness Disclosures** | **August 20, 2007**<br>(continued from August 6, 2007) |
| **Last Day For Hearing On Objections To Qualifications Or Testimony Of Expert** | **September 24, 2007**<br>(continued from September 10, 2007) |
| **Close of All Discovery** | **October 1, 2007**<br>(continued from September 17, 2007) |

| | |
|---|---|
| **Last Day For Hearing Dispositive Motions** | **November 5, 2007**<br>(continued from October 22, 2007) |
| **Preliminary Pretrial Conference Statements** | **December 12 2007**<br>(continued from December 5, 2007) |
| **Preliminary Pretrial Conference at 11:00 a.m.** | January 7, 2008<br>(continued from December 17, 2007) |

Dated: June 5, 2007                               FOLGER LEVIN & KAHN LLP


                                            */s/ Roger B. Mead*
                                            Roger B. Mead
                                        Attorneys for Defendants
                            Renn Transportation Company, Renn Transportation,
                            Inc. Brad Renn, Patricia Renn, Ann Renn and Robert
                                                  Renn


Dated: June 5, 2007                     SEDGWICK, DETERT, MORAN & ARNOLD LLP


                                            */s/ Randall G. Block*
                                            Randall G. Block
                                Attorneys for Plaintiff Caterpillar, Inc.


## [~~PROPOSED~~] ORDER

PURSUANT TO STIPULATION, IT IS HERBY ORDERED that the schedule set forth in this Stipulation and Proposed Order is hereby adopted by the Court and the parties are directed to comply with this Order.

Dated: June _7_, 2007                    _____
                                            The Honorable James Ware

78080\2001\551770.2