1  FOLGER LEVIN & KAHN LLP
   Roger B. Mead (CSB No. 093251, rmead@flk.com)
2  Karen J. Petrulakis (CSB No. 168732, kpetrulakis@flk.com)
   Andrew J. Davis (CSB No. 203345, ddavis@flk.com)
3  Embarcadero Center West
   275 Battery Street, 23rd Floor
4  San Francisco, CA  94111
   Telephone: (415) 986-2800
5  Facsimile: (415) 986-2827

6  Attorneys for Defendants Renn Transportation Company,
   Renn Transportation, Inc., Brad Renn, Patricia Renn,
7  Ann Renn and Robert Renn

8  SEDGWICK, DETERT, MORAN & ARNOLD LLP
   STEVEN D. ROLAND (Bar No. 108097)
9  RANDALL G. BLOCK  (Bar No. 121330)
   TARA L. CONDON  (Bar No. 215312)
10 One Market Plaza, Steuart Tower, 8th Floor
   San Francisco, California  94105
11 Telephone: (415) 781-7900
   Facsimile: (415) 781-2635
12
   Attorneys for Plaintiff Caterpillar Inc.
13

14                    UNITED STATES DISTRICT COURT

15                   NORTHERN DISTRICT OF CALIFORNIA

16                            SAN JOSE DIVISION

17

| | |
|---|---|
| CATERPILLAR INC., a Delaware Corporation, <br><br> Plaintiff, <br><br> v. <br><br> RENN TRANSPORTATION COMPANY, a California General Partnership, RENN TRANSPORTATION, INC., a California Corporation, BRAD RENN, PATRICIA RENN, ANN RENN and, ROBERT RENN, individuals, and Does 1-10, <br><br> Defendants. | Case No. 5:06-CV-04529 <br><br> **STIPULATION AND PROPOSED ORDER FOR RELIEF FROM SCHEDULING ORDER** <br><br> **(Local Rule 16-2(D)** |

FOLGER LEVIN &
KAHN LLP
ATTORNEYS AT LAW

STIPULATION AND PROPOSED ORDER FOR RELIEF
FROM SCHEDULING ORDER; CASE NO. 5:06-CV-
04529

By signatures of their counsel to this Stipulation, the parties to this action stipulate and request that the deadlines set forth in this Court's June 7, 2007 Scheduling Order be continued as set forth in the schedule below.

The parties desire to continue the dates set forth in the Scheduling Order for the following reasons:

1. On March 20, 2007, the parties conducted an all day mediation session before the Hon. Ellen Sickles James at JAMS. Although the parties did not resolve the dispute at the March 20, 2007 mediation, the parties agreed to and did reconvene for a second mediation session on May 3, 2007. The parties, with the assistance of Judge James, have continued discussions and are optimistic that they will resolve their disputes. They are negotiating the final terms of a settlement agreement. Counsel for all parties desire to devote their time, energies, and resources to their efforts to resolve this matter, rather than expend resources completing tasks necessary to comply with the rapidly approaching deadlines (including discovery, expert witness, and dispositive motion deadlines) set forth in the Court's June 7, 2007 Scheduling Order.

2. This Stipulation and Proposed Order is not interposed for purposes of delay but in the interests of justice and the resolution of the controversies herein.

**Case Schedule**

Counsel for all parties have conferred with respect to these matters, and all parties agree to continue the dates set forth in the Court's prior Schedule as reflected below:

| | |
|---|---|
| **Defendants' Response to Third Amended Complaint** | **July 3, 2007** (continued from June 19, 2007) |
| **Disclosure of Expert Witnesses** | **August 13, 2007** (continued from July 30, 2007) |
| **Rebuttal Expert Witness Disclosures** | **September 4, 2007** (continued from August 20, 2007) |
| **Last Day For Hearing On Objections To Qualifications Or Testimony Of Expert** | **October 8, 2007** (continued from September 24, 2007) |
| **Close of All Discovery** | **October 15, 2007** (continued from October 1, 2007) |

| | |
|---|---|
| **Last Day For Hearing Dispositive Motions** | **November 19, 2007**<br>(continued from November 5, 2007) |
| **Preliminary Pretrial Conference Statements** | January 4, 2008<br>(unchanged from December 12, 2007) |
| **Preliminary Pretrial Conference at 11:00 a.m.** | **January 14, 2008**<br>(continued from January 7, 2008) |

Dated: June 19, 2007                    FOLGER LEVIN & KAHN LLP


                                        */s/ Roger B. Mead*
                                        Roger B. Mead
                                        Attorneys for Defendants
                                        Renn Transportation Company, Renn Transportation,
                                        Inc. Brad Renn, Patricia Renn, Ann Renn and Robert
                                        Renn


Dated: June 19, 2007                    SEDGWICK, DETERT, MORAN & ARNOLD LLP


                                        */s/ Randall G. Block*
                                        Randall G. Block
                                        Attorneys for Plaintiff Caterpillar, Inc.


## [~~PROPOSED~~] ORDER

PURSUANT TO STIPULATION, IT IS HERBY ORDERED that the schedule set forth in this Stipulation and Proposed Order is hereby adopted by the Court and the parties are directed to comply with this Order.

Dated: June  21 , 2007                  _____
                                        The Honorable James Ware

78080\2001\554060.1