1   FOLGER LEVIN & KAHN LLP
    Roger B. Mead (CSB No. 093251, rmead@flk.com)
2   Karen J. Petrulakis (CSB No. 168732, kpetrulakis@flk.com)
    Andrew J. Davis (CSB No. 203345, ddavis@flk.com)
3   Embarcadero Center West
    275 Battery Street, 23rd Floor
4   San Francisco, CA  94111
    Telephone: (415) 986-2800
5   Facsimile: (415) 986-2827

6   Attorneys for Defendants Renn Transportation Company,
    Renn Transportation, Inc., Brad Renn, Patricia Renn,
7   Ann Renn and Robert Renn

8   SEDGWICK, DETERT, MORAN & ARNOLD LLP
    STEVEN D. ROLAND (Bar No. 108097)
9   RANDALL G. BLOCK  (Bar No. 121330)
    TARA L. CONDON  (Bar No. 215312)
10  One Market Plaza, Steuart Tower, 8th Floor
    San Francisco, California  94105
11  Telephone: (415) 781-7900
    Facsimile: (415) 781-2635
12
    Attorneys for Plaintiff Caterpillar Inc.
13

14                  UNITED STATES DISTRICT COURT

15                NORTHERN DISTRICT OF CALIFORNIA

16                       SAN JOSE DIVISION

17

18  CATERPILLAR INC., a Delaware          Case No. 5:06-CV-04529
    Corporation,
19                                        **STIPULATION AND PROPOSED ORDER
                                          FOR RELIEF FROM SCHEDULING
20            Plaintiff,                   ORDER**

21      v.                                **(Local Rule 16-2(D))**

22  RENN TRANSPORTATION COMPANY,
    a California General Partnership, RENN
23  TRANSPORTATION, INC., a California
    Corporation, BRAD RENN, PATRICIA
24  RENN, ANN RENN and, ROBERT
    RENN, individuals, and Does 1-10,
25
              Defendants.
26

27

28

FOLGER LEVIN &
  KAHN LLP
ATTORNEYS AT LAW

1    By signatures of their counsel to this Stipulation, the parties to this action stipulate and

2  request that the deadlines set forth in this Court's June 21, 2007 Scheduling Order be continued as

3  set forth in the schedule below.

4    The parties desire to continue the dates set forth in the Scheduling Order for the following

5  reasons:

6    1.    On March 20, 2007, the parties conducted an all day mediation session before the

7  Hon. Ellen Sickles James at JAMS.  Although the parties did not resolve the dispute at the March

8  20, 2007 mediation, the parties agreed to and did reconvene for a second mediation session on

9  May 3, 2007.  The parties, with the assistance of Judge James, have continued discussions and are

10  optimistic that they will resolve their disputes.  They are negotiating the final terms of a

11  settlement agreement.  Counsel for all parties desire to devote their time, energies, and resources

12  to their efforts to resolve this matter, rather than expend resources completing tasks necessary to

13  comply with the rapidly approaching deadlines (including discovery, expert witness, and

14  dispositive motion deadlines) set forth in the Court's June 21, 2007 Scheduling Order.

15    2.    This Stipulation and Proposed Order is not interposed for purposes of delay but in

16  the interests of justice and the resolution of the controversies herein.

17                                 **Case Schedule**

18    Counsel for all parties have conferred with respect to these matters, and all parties agree to

19  continue the dates set forth in the Court's prior Schedule as reflected below:

| | |
|---|---|
| **Defendants' Response to Third Amended Complaint** | **July 17, 2007** (continued from July 3, 2007) |
| **Disclosure of Expert Witnesses** | **August 27, 2007** (continued from August 13, 2007) |
| **Rebuttal Expert Witness Disclosures** | **September 17, 2007** (continued from September 4, 2007) |
| **Last Day For Hearing On Objections To Qualifications Or Testimony Of Expert** | **October 22, 2007** (continued from October 8, 2007) |
| **Close of All Discovery** | **October 29, 2007** (continued from October 15, 2007) |

20
21
22
23
24
25
26
27
28

FOLGER LEVIN &
KAHN LLP
ATTORNEYS AT LAW

STIPULATION AND PROPOSED ORDER FOR RELIEF
FROM SCHEDULING ORDER; CASE NO. 5:06-CV-
04529

| | |
|---|---|
| **Last Day For Hearing Dispositive Motions** | **December 3, 2007**<br>(continued from November 19, 2007) |
| **Preliminary Pretrial Conference<br>Statements** | **January 18, 2008**<br>(continued from January 4, 2008) |
| **Preliminary Pretrial Conference<br>at 11:00 a.m.** | **January 28 2008**<br>(continued from January 14, 2008) |

Dated: July 3, 2007                     FOLGER LEVIN & KAHN LLP


                                        */s/ Roger B. Mead*
                                        Roger B. Mead
                                        Attorneys for Defendants
                                        Renn Transportation Company, Renn Transportation,
                                        Inc. Brad Renn, Patricia Renn, Ann Renn and Robert
                                        Renn


Dated: July 3, 2007                     SEDGWICK, DETERT, MORAN & ARNOLD LLP


                                        */s/ Randall G. Block*
                                        Randall G. Block
                                        Attorneys for Plaintiff Caterpillar, Inc.


## [PROPOSED] ORDER

   PURSUANT TO STIPULATION, IT IS HERBY ORDERED that the schedule set forth

in this Stipulation and Proposed Order is hereby adopted by the Court and the parties are directed

to comply with this Order.

Dated:  July _5_, 2007                  _____
                                        The Honorable James Ware

78080\2001\556111.1

FOLGER LEVIN &
KAHN LLP
ATTORNEYS AT LAW

                            -3-          STIPULATION AND PROPOSED ORDER FOR RELIEF
                                         FROM SCHEDULING ORDER; CASE NO. 5:06-CV-
                                                        04529