| | |
|---|---|
| 1 | FOLGER LEVIN & KAHN LLP |
|   | Roger B. Mead (CSB No. 093251, rmead@flk.com) |
| 2 | Karen J. Petrulakis (CSB No. 168732, kpetrulakis@flk.com) |
|   | Andrew J. Davis (CSB No. 203345, ddavis@flk.com) |
| 3 | Embarcadero Center West |
|   | 275 Battery Street, 23rd Floor |
| 4 | San Francisco, CA  94111 |
|   | Telephone: (415) 986-2800 |
| 5 | Facsimile: (415) 986-2827 |

Attorneys for Defendants Renn Transportation Company, Renn Transportation, Inc., Brad Renn, Patricia Renn, Ann Renn and Robert Renn

SEDGWICK, DETERT, MORAN & ARNOLD LLP
STEVEN D. ROLAND (Bar No. 108097)
RANDALL G. BLOCK (Bar No. 121330)
TARA L. CONDON (Bar No. 215312)
One Market Plaza, Steuart Tower, 8th Floor
San Francisco, California  94105
Telephone: (415) 781-7900
Facsimile: (415) 781-2635

Attorneys for Plaintiff Caterpillar Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CATERPILLAR INC., a Delaware Corporation, | Case No. 5:06-CV-04529 |
| Plaintiff, | **STIPULATION AND PROPOSED ORDER FOR RELIEF FROM SCHEDULING ORDER** |
| v. | **(Local Rule 16-2(D))** |
| RENN TRANSPORTATION COMPANY, a California General Partnership, RENN TRANSPORTATION, INC., a California Corporation, BRAD RENN, PATRICIA RENN, ANN RENN and, ROBERT RENN, individuals, and Does 1-10, | |
| Defendants. | |

By signatures of their counsel to this Stipulation, the parties to this action stipulate and request that the deadlines set forth in this Court's July 5, 2007 Scheduling Order be continued as set forth in the schedule below.

The parties desire to continue the dates set forth in the Scheduling Order for the following reasons:

1. On March 20, 2007, the parties conducted an all day mediation session before the Hon. Ellen Sickles James at JAMS. Although the parties did not resolve the dispute at the March 20, 2007 mediation, the parties agreed to and did reconvene for a second mediation session on May 3, 2007. The parties, with the assistance of Judge James, have continued discussions and are optimistic that they will resolve their disputes. They are negotiating the final terms of a settlement agreement. Counsel for all parties desire to devote their time, energies, and resources to their efforts to resolve this matter, rather than expend resources completing tasks necessary to comply with the rapidly approaching deadlines (including discovery, expert witness, and dispositive motion deadlines) set forth in the Court's July 5, 2007 Scheduling Order.

2. This Stipulation and Proposed Order is not interposed for purposes of delay but in the interests of justice and the resolution of the controversies herein.

**Case Schedule**

Counsel for all parties have conferred with respect to these matters, and all parties agree to continue the dates set forth in the Court's prior Schedule as reflected below:

| | |
|---|---|
| **Defendants' Response to Third Amended Complaint** | **July 31, 2007**<br>(continued from July 17, 2007) |
| **Disclosure of Expert Witnesses** | **September 11, 2007**<br>(continued from August 27, 2007) |
| **Rebuttal Expert Witness Disclosures** | **October 1, 2007**<br>(continued from September 17, 2007) |
| **Last Day For Hearing On Objections To Qualifications Or Testimony Of Expert** | **November 5, 2007**<br>(continued from October 22, 2007) |
| **Close of All Discovery** | **November 12, 2007**<br>(continued from October 29, 2007) |

| | | |
|---|---|---|
| 1 | **Last Day For Hearing Dispositive Motions** | December 17, 2007 |
| 2 | | (continued from December 3, 2007) |
| 3 | **Preliminary Pretrial Conference** | February 1, 2008 |
| 4 | **Statements** | (continued from January 18, 2008) |
| 5 | **Preliminary Pretrial Conference at 11:00 a.m.** | February 11, 2008 |
|   | | (continued from January 28, 2008) |

Dated: July 17, 2007                                          FOLGER LEVIN & KAHN LLP

*/s/ Roger B. Mead*
Roger B. Mead
Attorneys for Defendants
Renn Transportation Company, Renn Transportation, Inc. Brad Renn, Patricia Renn, Ann Renn and Robert Renn

Dated: July 17, 2007                                          SEDGWICK, DETERT, MORAN & ARNOLD LLP

*/s/ Randall G. Block*
Randall G. Block
Attorneys for Plaintiff Caterpillar, Inc.

# [P~~ROPOSED~~] ORDER

PURSUANT TO STIPULATION, IT IS HERBY ORDERED that the schedule set forth in this Stipulation and Proposed Order is hereby adopted by the Court and the parties are directed to comply with this Order.

Dated: July 18, 2007                                          _____
The Honorable James Ware

78080\2001\558160.1