1   FOLGER LEVIN & KAHN LLP
    Roger B. Mead (CSB No. 093251, rmead@flk.com)
2   Karen J. Petrulakis (CSB No. 168732, kpetrulakis@flk.com)
    Andrew J. Davis (CSB No. 203345, ddavis@flk.com)
3   Embarcadero Center West
    275 Battery Street, 23rd Floor
4   San Francisco, CA  94111
    Telephone: (415) 986-2800
5   Facsimile: (415) 986-2827

6   Attorneys for Defendants Renn Transportation Company,
    Renn Transportation, Inc., Brad Renn, Patricia Renn,
7   Ann Renn and Robert Renn

8   SEDGWICK, DETERT, MORAN & ARNOLD LLP
    STEVEN D. ROLAND (Bar No. 108097)
9   RANDALL G. BLOCK  (Bar No. 121330)
    TARA L. CONDON  (Bar No. 215312)
10  One Market Plaza, Steuart Tower, 8th Floor
    San Francisco, California  94105
11  Telephone: (415) 781-7900
    Facsimile: (415) 781-2635
12
    Attorneys for Plaintiff Caterpillar Inc.
13

14                  UNITED STATES DISTRICT COURT

15                  NORTHERN DISTRICT OF CALIFORNIA

16                      SAN JOSE DIVISION

17

18  CATERPILLAR INC., a Delaware            Case No. 5:06-CV-04529
    Corporation,
19                                          STIPULATION AND [PROPOSED]
                    Plaintiff,              ORDER FOR STAY OF LITIGATION
20
         v.                                 (Local Rule 16-2(d))
21
    RENN TRANSPORTATION COMPANY,
22  a California General Partnership, RENN
    TRANSPORTATION, INC., a California
23  Corporation, BRAD RENN, PATRICIA
    RENN, ANN RENN and, ROBERT
24  RENN, individuals, and Does 1-10,

25                  Defendants.

26

27

28

FOLGER LEVIN &
KAHN LLP
ATTORNEYS AT LAW

IT IS SO ORDERED

Judge James Ware

1    WHEREAS, the parties to this action have reached a settlement which provides for the

2  dismissal of this action within 10 days of the later of: (a) the date of full payment of the

3  settlement amount; and (b) 91 days after the filing of a UCC-1 financing statement securing

4  payment of the settlement amount, unless any of the Renns file a petition under Title 11 of the

5  United States Code, or such a petition has been filed against any one or more of the Renns and

6  has not been dismissed within such 91 days, in which case the action may be reinstated.

7    WHEREAS, the parties seek a stay of the action pending dismissal or reinstatement of the

8  action.

9    The parties STIPULATE that:

10    1.    All pending dates for this matter, including all matters set forth in the Court's July

11  18, 2007 Scheduling Order, be VACATED and the litigation be STAYED until November 10,

12  2007.

13    2.    The parties will report to the Court by November 9, 2007, and, depending on

14  which is appropriate, (a) request a dismissal of the case, (b) seek a further stay, or (c) inform the

15  Court that the litigation must proceed because the tasks required by the settlement agreement

16  cannot be accomplished, and propose a new case management schedule at that time.

17    IT IS SO STIPULATED:

18  Dated: July 30, 2007                          FOLGER LEVIN & KAHN LLP

19

20                                               */s/ Roger B. Mead*
                                                 Roger B. Mead
21                                               Attorneys for Defendants
                                                 Renn Transportation Company, Renn Transportation,
22                                               Inc. Brad Renn, Patricia Renn, Ann Renn and Robert
                                                 Renn
23

24

25

26

27

28

FOLGER LEVIN &
KAHN LLP
ATTORNEYS AT LAW

-2-                    STIPULATION AND PROPOSED ORDER FOR STAY
                       OF LITIGATION; CASE NO. 5:06-CV-04529

1

2    Dated: July 30, 2007                    SEDGWICK, DETERT, MORAN & ARNOLD LLP

3

4                                            */s/ Randall G. Block*
                                            Randall G. Block
5                                            Attorneys for Plaintiff Caterpillar, Inc.

6    *******

7    ORDER.  Pursuant to the parties' Stipulation, the Court STAYS the above entitled action up

8    to **November 19, 2007**.  The parties shall file a Joint Status Report NO LATER than **November

9    9, 2007.**  The parties shall appear for a case mangement conference on **November 19, 2007.**

10

11   Dated:  August 3, 2007            _____

12                                     JAMES WARE
                                       United States District Judge
13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28