**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

Caterpillar, Inc.,

        Plaintiff,

  v.

Renn Transportation Company, et al.,

        Defendants.

No. C 06-04529 JW

**ORDER TO SHOW CAUSE RE: SETTLEMENT**

On November 9, 2007, the parties informed the Court that the above-entitled matter has reached a settlement. (See Docket Item No. 45.) In light of the settlement, the Court vacates all trial and pretrial dates. On or before **January 14, 2008**, the parties shall file a stipulated dismissal pursuant to Federal Rule of Civil Procedure 41(a).

If a dismissal is not filed by the specified date, all parties shall appear in Courtroom No. 8, 4th Floor, United States District Court, 280 South First Street, San Jose, Ca. on **January 28, 2008 at 9:00 a.m.** and show cause, if any, why the case should not be dismissed pursuant to Fed. R. Civ. P. 41(b). On or before **January 14, 2008**, the parties shall file a joint statement in response to the Order to Show Cause. The joint statement shall set forth the status of the activities of the parties for finalizing the settlement and how much additional time is requested to finalize and file the dismissal. If a voluntary dismissal is filed as ordered, the Order to Show Cause hearing will be automatically vacated.

Dated: November 14, 2007

                                JAMES WARE
                                United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Karen Jensen Petrulakis kpetrulakis@flk.com
Matthew Scott Mazza mmazza@flk.com
Randall G. Block randall.block@sdma.com
Roger B. Mead rmead@flk.com
Steven David Roland steven.roland@sdma.com,SDMAcalendaring@sdma.com
Tara Leigh Condon tara.condon@sdma.com

Dated:  November 14, 2007              Richard W. Wieking, Clerk

                                       By:  /s/ JW Chambers
                                            Elizabeth Garcia
                                            Courtroom Deputy

2