SEDGWICK, DETERT, MORAN & ARNOLD LLP
STEVEN D. ROLAND (Bar No. 108097)
RANDALL G. BLOCK (Bar No. 121330)
One Market Plaza, Steuart Tower, 8th Floor
San Francisco, California 94105
Telephone: (415) 781-7900
Facsimile: (415) 781-2635

Attorneys for CATERPILLAR INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CATERPILLAR INC., a Delaware Corporation,<br><br>Plaintiff,<br><br>v.<br><br>RENN TRANSPORTATION COMPANY, a California General Partnership, RENN TRANSPORTATION, INC., a California Corporation, BRAD RENN, the estate of GERALD RENN, PATRICIA RENN, ANN RENN, and ROBERT RENN, individuals, and DOES 1-10,<br><br>Defendant. | CASE NO. 5:06-CV-04529<br><br>**STIPULATION AND ORDER OF DISMISSAL OF ACTION WITH PREJUDICE**<br><br>[FRCP 41(a)(1)] |

IT IS HEREBY STIPULATED, by and among the parties to this action according to their Settlement Agreement and Mutual Release, through their attorneys of record, that the action, including the Complaint filed by plaintiff against defendants RENN TRANSPORTATION COMPANY, a California General Partnership, RENN TRANSPORTATION, INC., a California Corporation, BRAD RENN, the estate of GERALD RENN, PATRICIA RENN, ANN RENN,

///

///

///

-1-
STIPULATION AND ORDER OF DISMISSAL OF ACTION WITH PREJUDICE

and ROBERT RENN, be dismissed with prejudice according to FRCP 41(a)(1), all parties to bear their own attorney's fees and costs.

Dated: January 7, 2008         SEDGWICK, DETERT, MORAN & ARNOLD LLP


                               _____/s/_____
                               Randall G. Block
                               Attorneys for Caterpillar, Inc.


Dated: January 3, 2008         FOLGER LEVIN & KAHN


                               _____/s/_____
                               Roger Mead, Esq.
                               Attorneys for RENN TRANSPORTATION COMPANY, a
                               California General Partnership, RENN
                               TRANSPORTATION, INC., a California Corporation,
                               BRAD RENN, the estate of GERALD RENN, PATRICIA
                               RENN, ANN RENN, and ROBERT RENN


Following the stipulation of the parties, and FRCP 41(a)(1), IT IS HEREBY ORDERED that the entire action herein, including the Complaint filed by plaintiffs against defendants RENN TRANSPORTATION COMPANY, a California General Partnership, RENN TRANSPORTATION, INC., a California Corporation, BRAD RENN, the estate of GERALD RENN, PATRICIA RENN, ANN RENN, and ROBERT RENN, be, and hereby is, DISMISSED WITH PREJUDICE, each party to bear his, her or its own attorney's fees and costs.
The Court terminates all pending motions, hearings and deadlines. The Clerk shall close this file.

Dated: January 8, 2008         *James Ware*
                               Honorable James Ware
                               United States District Court Judge

78080\2001\582540.1

-2-
STIPULATION AND ORDER OF DISMISSAL OF ACTION WITH PREJUDICE